UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 14-24861-CIV-MORENO

YVES DERIVAL,

    Plaintiff,

vs.

MIAMI-DADE COUNTY, JOHN LITTLE, and
AMERICAN AIRLINES, INC.,

    Defendants.
_____/

## ORDER REMANDING CASE TO STATE COURT

The burden of establishing federal jurisdiction falls on the party who is attempting to invoke the jurisdiction of the federal court. *McNutt v. Gen. Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936). The Court strictly construes the requirements of 28 U.S.C. §1441, and remands all cases in which such jurisdiction is doubtful. *Shamrock Oil & Gas Corp. v. Sheets*, 313 U.S. 100, 109 (1941).

The instant action was removed from state court on based on this Court's jurisdiction to consider a 42 U.S.C. § 1983 claim, which was brought against Mr. Javier Prellezo for his role in the allegedly unlawful arrest of Plaintiff Yves Derival. The Plaintiff has since dismissed all claims against Mr. Prellezo (D.E. 30), and the Court is left only with the Plaintiff's common law claims against Miami-Date County and American Airlines that stemmed from the same incident. As there is no longer a federal claim before the Court, it is

**ADJUDGED** that this case is REMANDED to the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. *See Klempner v. Northwestern Mutual Life Ins. Co.*, 196 F. Supp. 2d 1233, 1237 (S.D. Fla. 2001). The Clerk of the Court is hereby directed to

take all necessary steps and procedures to effect the expeditious remand of the above-styled action.

DONE AND ORDERED in Chambers at Miami, Florida, this 30th day of April, 2015.

_____

FEDERICO A. MORENO

UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record

Clerk of the Court for the 11th Judicial Circuit in and for Miami-Dade County, Florida